1
2
3
4
5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAMIRO HERNANDEZ JR.,<br><br>　　　　　　Defendant. | CASE NO.:  21CR3144-BTM<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
|---|---|

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for January 3, 2022, at 2:00 p.m., be continued to February 2, 2022, at 2:00 p.m.  The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: December 21, 2021

_____
**HONORABLE BARRY TED MOSKOWITZ**
UNITED STATES DISTRICT JUDGE